■ In the Matter of NINA M., an Infant. NAQUWAN T., Appellant; EDWIN GOULD SERVICES FOR CHILDREN AND FAMILIES, Respondent. [22 NYS3d 874]—

Order, Family Court, Bronx County (Gayle P. Roberts, J.), entered on or about January 13, 2014, which denied petitioner's motion to reopen and set aside the adoption of the subject child, unanimously affirmed, without costs.

Family Court correctly found that petitioner failed to

demonstrate that he was a person entitled to notice of the adoption and termination of parental rights proceedings (*see* Domestic Relations Law § 111-a [2] [a]-[h]; Social Services Law § 384-c [2] [a]-[h]). Although he claimed to have lived with the child's mother at the time of the child's birth, he did not claim to have ever lived with the child, who was placed into foster care from the hospital shortly after her birth (*see* Domestic Relations Law § 111-a [2] [e]; Social Services Law § 384-c [2] [e]).

Moreover, petitioner failed to demonstrate that the adoption of the child by her kinship foster mother, who cared for her since her birth, was not in the child's best interests (*see Matter of Asia Sonia J. [Lawrence J.]*, 74 AD3d 437, 438 [1st Dept 2010]). Concur—Friedman, J.P., Renwick, Saxe and Moskowitz, JJ.